FILED'06 MAR 08 14:01USDC-ORP

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF OREGON

NAOMI STAPLES,

      Plaintiff

v.

JO ANNE B. BARNHART
Commissioner of
Social Security Administration

      Defendant.

CIVIL NO.: 05-3014-ST

~~(PROPOSED)~~ ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $6000.46, costs in the amount of $275.00 (filing fees) and expenses in the amount of $14.64 (certified mailings) for a total of $6290.10 re awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED this 8th day of March, 2006

                                _____
                                JANICE M. STEWART
                                UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

ARTHUR W. STEVENS III    OSB#85085
BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
930 W. 8th St.
Medford, OR 97501
      Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
930 W. 8TH STREET
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com