FILED '06 JUL 20 13:35 USDC-ORP

**ARTHUR W. STEVENS III** OSB # 85085
BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
221 Stewart Ave., Suite 209
Medford, OR 97501
Telephone: (541) 772-9850
Fax: (541) 779-7430
E-Mail: stevens@blackchapman.com

  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NAOMI STAPLES,** | CV 05-3014-ST |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $8373.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of all circumstances present in this case. Previously, this court awarded $6000.46, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check for payment to Plaintiff's attorney herein, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney the balance of $2372.79, minus the applicable user fee. Any withheld amount remaining after all attorneys fees are paid (including the EAJA fee offset) should be released to the claimant.

DATED this ___ day of July, 2006.

_____
United States District / Magistrate Judge

Presented by:
/s/ Arthur W. Stevens III OSB #85085
(541) 772-9850
  Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER, STEVENS,
PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., STE 209
MEDFORD, OREGON 97501
(541) 772-9850